JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| MARY LOU D. AMIDAR, et al., | ) | Case No.: CV 13-5152 DSF (FFMx) |
|---|---|---|
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | **JUDGMENT** |
| NATIONSTAR MORTGAGE, LLC, | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendants' unopposed motion to dismiss their Second Amended Complaint having been granted,

IT IS ORDERED AND ADJUDGED that plaintiffs take nothing, that the action be dismissed with prejudice, and that the defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 11/18/13

_____
Dale S. Fischer
United States District Judge